# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **92 Mag 372 (10)**     Date **11/18/24**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

✔ Complaint     ☐ Removal Proceedings in

United States v. **Wilfredo Bermudez**

The Complaint/Rule 40 Affidavit was filed on

✔ U.S. Marshals please withdraw warrant

**KYLE WIRSHBA**
Digitally signed by KYLE WIRSHBA
Date: 2024.11.18 11:43:08 -05'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**
DATE: 11/18/2024

UNITED STATES MAGISTRATE JUDGE